```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


LEONORA NUNLEY,                    )
                                   )
          Plaintiff,               )
                                   )
     v.                            )    No. 4:08-CV-1704-TIA
                                   )
BARNES JEWISH HOSPITAL,            )
                                   )
          Defendant.               )
```

**MEMORANDUM AND ORDER TO SHOW CAUSE**

This matter is before the Court upon the filing of plaintiff's amended complaint and Equal Employment Opportunity Commission ("EEOC") Notice of Right to Sue letter [Doc. #5], pursuant to this Court's Order of January 9, 2009 [Doc. #4].

**Discussion**

Plaintiff filed the instant action on November 6, 2008. Her EEOC Right to Sue letter is dated July 31, 2008. As such, it appears that this action was filed beyond the ninety-day limitation period for filing a Title VII claim in federal court. See 42 U.S.C. § 2000e-5(f)(1). Before dismissing plaintiff's Title VII claims as untimely; however, the Court will afford her the opportunity to show cause as to why this action should not be dismissed as time-barred.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff shall show cause within thirty (30) days of the date of this Order as to why the Court should not dismiss her Title VII claims as time-barred.

Dated this 25th day of February, 2009.

_____
**UNITED STATES DISTRICT JUDGE**